**STATE of Missouri, Respondent,**

v.

**James F. BEVERLY, Appellant.**

**No. WD 37133.**

Missouri Court of Appeals,
Western District.

Aug. 6, 1986.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Sept. 25, 1986.

Application to Transfer Denied
Jan. 13, 1987.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

## ORDER

PER CURIAM:

Direct appeal from jury conviction for assault, first degree, in violation of § 565.-050, RSMo Supp.1984, and armed criminal action, in violation of § 571.015, RSMo 1978.

Judgment affirmed. Rule 30.25(b).